THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LAYMAN WALLACE GARNER, Defendant-Appellant.

(No. 60902; 

First District (4th Division)—March 12, 1975.

Opinion by Mr. JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.